STATE OF NEW JERSEY v. STUART W. ANDERSON.

May 17, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. GUY MITCHELL.

May 17, 1983.

Petition for certification denied.

JOHN E. STIRLING AND ELIZABETH STIRLING v.
DANLINE MANUFACTURING CO.

May 17, 1983.

Petition for certification denied.

WALTER E. ROEHRS, JR. v. JAMES J. LEES
AND KATHLEEN LEES.

May 17, 1983.

Petition for certification denied.